

# Fourth Court of Appeals

## San Antonio, Texas

November 19, 2021

No. 04-21-00443-CV

**IN THE INTEREST OF J.J.H., A CHILD**,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01604
Honorable Susan D. Reed, Judge Presiding

# O R D E R

On October 15, 2021, appellant filed a notice of appeal, stating his intent to appeal the trial court's "order denying the motion to remove child from present custody" signed on October 6, 2021. The clerk's record was filed on October 26, 2021 and it did not contain a final order. On November 5, 2021, this court issued an order requiring appellant to show cause why the appeal should not be dismissed for lack of jurisdiction because the trial court had not entered a final, appealable order.

On November 12, 2021, the trial court clerk filed a supplemental clerk's record, which contains an "Order on Hearing for Change of Placement" signed by the trial court on October 27, 2021. "[A]n appeal may be prosecuted only from a final judgment." *N.E. Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). There being no appealable order in this case, appellant is hereby ORDERED to show cause in writing **within ten (10) days** from the date of this order why this appeal should not be dismissed for lack of jurisdiction. *See* TEX. R. APP. P. 42.3(a), 43.2(f), 44.3. All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court